IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

James. D. Crandle AIS# 291646
Full name and prison number
of plaintiffs(s)

v.

Warden Calbway
Kilby Correctional Facility
Mail Clerk Ms. Monton, et al

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:21-CV-574-WHA-KFP
(To be supplied by Clerk of
U.S. District Court)

RECEIVED 2021 SEP 20 P 1:26
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court
      dealing with the same or similar facts involved in this
      action?  YES ( )  NO (✓)
   B. Have you begun other lawsuits in state or federal court
      relating to your imprisonment?  YES (✓)  NO ( )

   C. If your answer to A or B is yes, describe each lawsuit
      in the space below.  (If there is more than one lawsuit,
      describe the additional lawsuits on another piece of
      paper, using the same outline.)

      1. Parties to this previous lawsuit:
         Plaintiff(s) James. D. Crandle

         Defendant(s) C.O. Sims, C.O. Thompson, and
         Lieutenant Hawkins.
      2. Court (if federal court, name the district? if
         state court, name the county) Southern District
         Court Mobile County

3. Docket number CA16-0550-CG-MU

4. Name of judge to whom case was assigned Bradley Murray

5. Disposition (for examples Was the case dismissed? Was it appealed? Is it still pending?) dismissed

6. Approximate date of filing lawsuit 09/2016

7. Approximate date of disposition 08/2020

II. PLACE OF PRESENT CONFINEMENT Kilby Correctional Facility

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Kilby Correctional Facility

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Warden Calloway | Kilby P.O. Box 150 Mt. Meigs, AL 36057 |
| 2. | Mail Clerk | Kilby P.O. Box 150 Mt. Meigs, AL 36057 |
| 3. | ADOC | Kilby P.O. Box 150 Mt. Meigs, AL 36057 |
| 4. | Ms. Monton | Kilby P.O. Box 150 Mt. Meigs, AL 36057 |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 02/03/20 — 09/17/21

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: I have been in prison since 02/03/20, I have not received none of my mail since I been here its now 08/26/21 my family, and friends has been writting me letters, and I also sent my legal mail out 07/15/21 against Blue cross Blue Shiled and havent got nothing yet, but a few letters late like today is 09/17/21 I just got a letter from my family marked Sept 8, 2021 1pm I just got it last night from a inmate at 9:00pm 09/16/2021.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On 02/03/20 — 09/06/21 I wrote my family, and friends mail and legal mail at 3:30AM-5:30AM I placed my mail in the mail box. On 08/24/21 I went to Lt. Spencer and Sgt. B Williams, and Capt. Thomas at 2:00pm — 5:00pm to see were is my mail.

GROUND TWO: On 09/16/21 at 5:00pm I told Capt Thomas, Lt. Rogers, and Sgt. Thomas about my mail not coming in to me
SUPPORTING FACTS: I been in J-Dorm on Bed 24-A since May 2021 writting mail daily under the cameras and mailed them out at 9:00pm pill call, or 3:00AM-5:30AM breakfast time.

GROUND THREE: the Officers dont never pass out the mail when it comes in to the prison, they will leave it, or let other inmates pass out our mail.
SUPPORTING FACTS: On 09/16/21 at 9:00pm an inmate brought me my mail in J Dorm on bed 24A when I asked Sgt, Lt, and Capt did I have mail at 5:00pm that day they said no and sent me back to my Dorm.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like to suite ADOC and the mail clerk for $100,000 and press charges on whomever tampering with my mail at Kilby Correctional Facility

James O. Crandle
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 09/17/21
(Date)

James O. Crandle
Signature of plaintiff(s)

4

JAMES. OLESTER, CRANDLE
AIS # 291646
ADOC KILBY Correctional Facility
P.O. BOX 150
Mt. Meigs, AL 36057

MONTGOMERY
17 SEP 2021 PM 3 L

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed Communication."

Office of the Clerk
United States District Court
Middle District of Alabama
1 Church Street, Suite B-110
Montgomery, AL 36104 - 4018

36104-401801